IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUSTIN TYLER POILES | ) | |
| CHRISTY MICHELLE POILES | ) | CHAPTER 7 |
|     Debtor(s) | ) | |
| | ) | NO. 16-21320 |
| TERRY LOUDERMILK | ) | |
|     Movant | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| JUSTIN TYLER POILES | ) | |
| CHRISTY MICHELLE POILES | ) | |
|     and | ) | |
| BRADLEY J. PATTEN, Trustee | ) | |
|     Respondents | ) | |

## MOTION TO REOPEN CASE

COMES NOW Terry Loudermilk (hereinafter referred to as "Movant"), a creditor of the above-named Debtor, and hereby requests the court to reopen the above-referenced case for the sole purpose of entering a Consent Order on a pending Motion to Modify Automatic Stay. Debtor(s) filed a Ch. 13 on July 6, 2016 which was subsequently converted to a Ch. 7 bankruptcy on July 11, 2018. Their case was discharged and closed October 23, 2018.

Prior to the case closing, Movant filed a Motion to Modify Automatic Stay (hereinafter "Motion for Relief ") on September 14, 2018 which was set for hearing on October 11, 2018. Prior to the hearing scheduled on the Motion for Relief an agreement was reached between the attorney for Debtor, Trustee, and Movant. Said Agreement was submitted to Chambers for review in the form of a Consent Order on the Motion for Relief. Prior to said Order being signed and docketed, the case was discharged and closed. Therefore, Movant respectfully request(s) the reopening of this case for 30 days so the Court can review the proposed Consent Order for signature and docketing, or for some other disposal of the Motion for Relief, as the Court deems necessary and appropriate.

Submitted on Behalf of
The Carr Law Group, by:

/s/ Quentin Carr
Quentin Carr, Bar No. 705116
Attorney for Movant
P.O. Box 999
Clarkesville, GA 30523
706-754-9231

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing MOTION TO REOPEN CASE upon the following parties to this matter by mailing a copy thereof to the following:

>Justin Tyler Poiles
>240 Toto Creek Drive East
>Dawsonville, GA 30534
>
>Christy Michelle Poiles
>240 Toto Creek Drive East
>Dawsonville, GA 30534
>
>R. Jeffrey Field
>Jeffrey Field & Associates
>342 North Clarendon Ave
>Scottdale, GA 30079
>
>Bradley J. Patten
>Smith, Gilliam and Williams PA
>PO Box 1098
>Gainesville, GA 30503
>
>Office of the US Trustee
>362 Richard Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303

and depositing same in an envelope in the United States Mail, with adequate postage thereon to ensure delivery and addressed as listed.

This 12th day of November 2018

>/s/ Quentin Carr
>Quentin Carr, Bar No. 705116
>Attorney for Movant
>P.O. Box 999
>Clarkesville, GA 30523
>706-754-9231