**IT IS ORDERED as set forth below:**



**Date: November 19, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| JUSTIN TYLER POILES | ) NO. 16-21320 |
| CHRISTY MICHELLE POILES | ) |
|     Debtor(s) | ) |
| | ) |
| TERRY LOUDERMILK | ) |
|     Movant | ) |
| | ) |
| vs | ) CONTESTED MATER |
| | ) |
| JUSTIN TYLER POILES | ) |
| CHRISTY MICHELLE POILES | ) |
|     and | ) |
| BRADLEY J. PATTEN, Trustee | ) |
|     Respondents | ) |

ORDER MODIFYING THE AUTOMATIC STAY

    TERRY LOUDERMILK (hereinafter "Movant") filed a Motion to Modify the Automatic Stay [Docket No. 53] seeking relief for the limited purpose of continuing suit against Debtor to adjudicate and liquidate Debtor's liability in connection with the damages sustained by Movant.

Hearing on the Motion was scheduled for October 11, 2018, upon notice Movant contends was proper. At the call of the calendar on October 11, 2018, no party appeared in opposition to the Motion.

Accordingly, it is hereby:

ORDERED that the Motion is *granted*; the automatic stay of 11 U.S.C. §362 is modified for the limited purpose of continuing the pending litigation in the Georgia Superior Court of Dawson County action, C#2018-CV-0123, and proceed with the state court litigation to judgment in order to liquidate Movant's claims against Debtor and to the extent it may be necessary, to execute, levy, and collect upon such judgment for damages as may be obtained by Movant in the state court action, from all available insurance policies which provide coverage for the subject wreck, including all insurance policies which provide coverage for Debtor or Debtor's employers, as well as any uninsured motorist coverage available to Movant which may apply, only.

[END OF DOCUMENT]

Prepared by:

_/s/Quentin Carr_____
Quentin Carr, Bar No. 705116
Attorney for Movant
The Carr Law Group
P.O. Box 999
Clarkesville, GA 30523
706-754-9231
706-754-7145 fax
Quentin@thecarrlawgroup.com

No Opposition;
Signed with Expression Permission by,


/s/ Bradley, J. Patten
Bradley J. Patten
GA Bar # 566210
Smith, Gilliam, Williams, P.A.
PO Box 1098
Gainesville, GA 30503
Chapter 7 Trustee



No Opposition;
Signed with Expression Permission by,


/s/ Matt Nash
Matt Nash
GA Bar # 306591
Jeffrey Filed & Associates
342 North Clarendon Avenue
Scottdale, GA 30079
Attorney for Debtor

DISTRIBUTION LIST

Quentin Carr
The Carr Law Group
PO Box 999
Clarkesville, GA 30523

R. Jeffrey Field
Jeffrey Filed & Associates
342 North Clarendon Avenue
Scottdale, GA 30079

Justin Tyler Poiles
240 Toto Creek Drive East
Dawsonville, GA 30534

Christy Michelle Poiles
240 Toto Creek Drive East
Dawsonville, GA 30534

Bradley J. Patten
Smith, Gilliam, Williams, P.A.
PO Box 1098
Gainesville, GA 30503